UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re                                                   Chapter 7

GEORGIA L. HARVEY,                  Case No. 06-12440 (AJG)

                Debtor.

---------------------------------------------------------x

## ORDER AUTHORIZING THE RETENTION OF
## <u>CENTURY 21, THE MOORE GROUP AS REAL ESTATE BROKER</u>

      Upon the application of Roy Babitt, the Chapter 7 Trustee (the "Trustee") by his attorney Arent Fox LLP, seeking entry of an order authorizing the retention of Century 21, The Moore Group ("Moore"), and upon the affidavit of Marsh Stark in support thereof, and no adverse interest having been shown, and it appearing that Moore and each of its members is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code; and it appearing that the employment and retention of Moore is necessary in the best interest of the estate and the economical administration thereof; it is

      ORDERED, that the Trustee is authorized to retain and employ Moore to act as his real estate broker in connection with the sale of that certain parcel of real property located in Orangeburg County, South Carolina; and it is further

      ORDERED, that all compensation for services rendered and reimbursement of expenses incurred by Moore shall be subject to proper written application therefore and further Order of the Court.

Dated:  New York, New York
        October 30, 2007                              **s/Arthur J. Gonzalez**
                                                                      UNITED STATES BANKRUPTCY JUDGE

        NO OBJECTION

By:    <u>s/Alicia M. Leonhard</u>
        United States Trustee

NYC/350152.1