# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## ONE BOWLING GREEN
## NEW YORK, NY 10004-1408

*Vito Genna*
*Clerk of Court*
*(212) 668-2870*

June 22, 2010

Roy Babitt
c/o Arent Fox LLP
1675 Broadway
New York, NY 10019

               Re:    Georgia L. Harvey
                      06-12440 (AJG)

Dear Mr. Babitt:

Enclosed is a copy of the Court's docket sheet regarding the above-referenced case. Please note that the document marked below needs to be filed to reflect the progression of the case.

1. (  ) Status Report
2. (  ) Trustee's Report of No Distribution
3. (  ) Statement Re: Adversary Proceeding(s) Charged to the Estate
4. (  ) Trustee's Final Report and Account
5. (  ) Notice of Distribution
6. (  ) Affidavit of Final Distribution
7. (**X**) Other **CASE STATUS**

Please electronically file this document promptly to facilitate the administration and eventual closing of this case.

Thank you for your cooperation in this matter.

                                             Sincerely,

                                             VITO GENNA
                                             Clerk of Court

                                             By: <u>Liza Ebanks</u>
                                                 Deputy Clerk

Enclosure
Cc: United States Trustee's Office